```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 20549
  DELORES HUNT
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
              Debtor
  SSN XXX-XX-8427


----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 08/06/08 .

     2.   The case was dismissed without confirmation, 10/03/2008.

     3.   The Debtor paid a total of $    138.46 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| RJ MOTORS | SECURED VEHIC | .00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 300.00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 50.00 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 50.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AES/PHEAA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MUSIC & ARTS CENTERS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY WEST COMM HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| WOODFOREST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| YORK TOWNE DENTAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 400.00 | .00 | .00 | .00 | 400.00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00

and was paid $    100.00   direct and $      .00   through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $   138.46 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/21/09                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE